Clerk's Office
Filed Date: 7/19/21

U.S. DISTRICT COURT
EASTERN DISTRICT OF
NEW YORK
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

THOMAS J. OLSEN, individually and as the representative of a class of similarly situated persons,

        Plaintiff,

v.

KUT Operating Corp.,

        Defendant.

---

Case No. 1:21-cv-00243

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and their respective counsel, that the above-entitled action against Defendant, shall be and hereby is dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated: July 19, 2021

For the Plaintiff:

By: _____
Douglas B. Lipsky, Esq.
Lipsky Lowe LLP
420 Lexington Avenue, Suite 1830
New York, New York 10170-1830

For the Defendant:

By: _____
Sean J. Kirby, Esq.
Sheppard Mullin Richter & Hampton LLP
30 Rockefeller Plaza, 39th Floor
New York, NY 10112

SO ORDERED:

**/s/ Carol Bagley Amon**
**Carol Bagley Amon**   U.S.D.J.
**Brooklyn, New York**

**July 19, 2021**